Ex. No. 1309. STATE v. WALTER W. ZAJAC. Defendant ordered to appear on Monday, February 5, 1973 to show cause why bill of exceptions should not be dismissed for lack of prosecution. *Richard J. Israel,* Attorney General, for plaintiff. *Matthew C. Cunningham,* for defendant.

Ex. No. 1521. STATE v. STEPHEN J. RIFFKIN. Defendant ordered to appear on Monday, February 5, 1973 to show cause why bill of exceptions should not be dismissed for lack of prosecution. *Richard J. Israel,* Attorney General, for plaintiff. *Curran, Rogers and Pariseault, Charles J. Rogers, Jr., Raymond J. Daniels,* for defendant.

APPEAL No. 1404. NATIONAL LUMBER & BUILDING MATERIALS Co. v. VINCENT RAVIELE *et al.* Petitioner ordered to appear on Monday, February 5, 1973 to show cause why appeal should not be dismissed for lack of prosecution. *Kirshenbaum Law Offices, Inc., Allen M. Kirshenbaum, Sanford M. Kirshenbaum,* for petitioner. *Joseph A. Bevilacqua,* for respondents.

APPEAL No. 1714. PEERLESS INSURANCE COMPANY v. ARTHUR N. DESMARAIS *et al.* Defendant The Home Insurance Company ordered to appear on Monday, February 5, 1973 to show cause why the appeal should not be dismissed for lack of prosecution. *Higgins & Slattery, William C. Dorgan,* for plaintiff. *Gunning, LaFazia, Gnys & Selya, Guy J. Wells,* for defendant-The Home Insurance Company.

APPEAL No. 1801. GERALDINE J. ROSZKOWSKI v. ROBERT A. POTENZA *et al.* Petitioner ordered to appear Monday, February 5, 1973 to show cause why appeal should not be dismissed for lack of prosecution. *Joseph J. Roszkowski,* for plaintiff-respondent. *John F. Sheehan,* for defendants-petitioners.